UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KEISHA & RYAN HOTALING,

    Plaintiffs,                                                  CASE NO.

v.

ENHANCED RECOVERY COMPANY, LLC

    Defendant.
_____/

## PLAINTIFFS VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiffs, KEISHA & RYAN HOTALING ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiffs' Complaint against Defendant, ENHANCED RECOVERY COMPANY, LLC, ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1.    Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.    Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiffs are natural persons who resides in Royal Palm Beach, Palm Beach County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiffs are informed, believes, and thereon alleges, that Defendant is a national company with a business office in Jacksonville, Florida.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiffs are informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Defendant constantly and continuously places collection calls seeking and demanding payment owed to Capital One.

10. Defendant constantly and continuously place collection calls from the number 800-358-4328 to the numbers 561-601-2666 and 561-601-2703 seeking and demanding payment.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiffs;

b) Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

**WHEREFORE**, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

Dated: December 7, 2011     By: /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax: (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, KEISHA & RYAN HOTALING, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF PALM BEACH)

Plaintiff, KEISHA HOTALING, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KEISHA HOTALING, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12/2/11

*Keisha Hotaling*
KEISHA HOTALING
Plaintiff

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL                                  4

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF PALM BEACH)

Plaintiff, RYAN HOTALING, says as follows:

8. I am a Plaintiff in this civil proceeding.

9. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

10. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

11. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

12. I have filed this Complaint in good faith and solely for the purposes set forth in it.

13. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

14. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, RYAN HOTALING, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12/2/11

_____
RYAN HOTALING
Plaintiff