UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KEISHA & RYAN HOTALING,

    Plaintiffs,                                           CASE NO. 9:11-cv-81333-KLR

v.

ENHANCED RECOVERY COMPANY, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COME the Plaintiffs, KEISHA & RYAN HOTALING, by and through the undersigned counsel and hereby inform the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiffs anticipate will be completed within the next 30 days.

Plaintiffs therefore request that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                           RESPECTFULLY SUBMITTED,

        By:  /s/ Shireen Hormozdi
        Shireen Hormozdi
        Krohn & Moss, Ltd
        10474 Santa Monica Blvd., Suite 401
        Los Angeles, CA 90025
        Phone:  (323) 988-2400 ext. 267
        Fax:     (866) 802-0021
        Attorney for Plaintiff
        FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the following address:

    Enhanced Recovery Corporation
    155 Office Plz Drive Suite A
    Tallahassee, FL 32301

        /s/ Shireen Hormozdi
        Shireen Hormozdi
        Attorney for Plaintiff