UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KEISHA & RYAN HOTALING,

    Plaintiffs,                                                CASE NO. 9:11-cv-81333-KLR

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

      KEISHA & RYAN HOTALING (Plaintiff), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, ENHANCED RECOVERY COMPANY, LLC (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: _/s/ Shireen Hormozdi_____
Shireen Hormozdi, Esq.
FBN: 882461
KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 230
F: (866) 802-0021
shormozdi@consumerlawcenter.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was sent via US Mail to the following:

    Enhanced Recovery Corporation
    155 Office Plz Drive Suite A
    Tallahassee, FL 32301

                                         s/ Shireen Hormozdi
                                         Shireen Hormozdi
                                         Attorney for Plaintiff