UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 11-CV-81333-RYSKAMP/VITUNAC

RYAN HOTALING et al.,

    Plaintiffs,

v.

ENHANCED RECOVERY
COMPANY, LLC,

    Defendant.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** comes before the Court on Plaintiffs' notice of voluntary dismissal **[DE 7]** filed on February 21, 2012. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is direct to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 22 day of February, 2012.

                                                      /s/ Kenneth L. Ryskamp
                                                      KENNETH L. RYSKAMP
                                                      UNITED STATES DISTRICT JUDGE